E.D.N.Y.–Bklyn
24-cv-94
Morrison, J.

# United States Court of Appeals
#### FOR THE
#### SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of April, two thousand twenty-six.

Present:

William J. Nardini,
Sarah A. L. Merriam,
*Circuit Judges*,
M. Miller Baker,
*Judge.* *

---

Yoel Gruen,

*Plaintiff-Appellant*,

v.                                                                    25-3028

Ahuva Gruen, et al.,

*Defendants-Appellees*.

---

Appellant, pro se, moves for leave to proceed in forma pauperis ("IFP"), appointment of counsel, and to reopen his divorce proceedings. Upon due consideration, it is hereby ORDERED that the IFP motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e). It is further ORDERED that the remaining motions are DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court



---

* Judge M. Miller Baker, of the United States Court of International Trade, sitting by designation.